# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TAMARCUS DAVIS

NO. 2024 KW 0763

**OCTOBER 3, 2024**

---

In Re:    Tamarcus Davis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. J-2400002731.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The district court is ordered to hold a contradictory hearing with the district attorney on or before October 10, 2024, and if just cause for the failure to institute prosecution is not shown, the district court is ordered to release relator from his bail obligation. <u>See</u> La. Code Crim. P. art. 701(B)(2)(b). A copy of the district court's ruling shall be filed in this court on or before October 17, 2024.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_Ayesha 3 Wilkins_
DEPUTY CLERK OF COURT
FOR THE COURT